In the Matter of JOHN O. YOUNG, Appellant, against FARMERS AND TRADERS LIFE INSURANCE COMPANY, Respondent.

Submitted January 4, 1954; decided January 21, 1954.

*Benjamin E. Shove* for motion.

*Harlow B. Ansell, Laurence Sovik,* and *Martin F. Kendrick,* opposed.

Motion denied, with $10 costs.